IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00695-REB-KLM

HANCE WASHINGTON, individually and on behalf of other similarly situated employees,

Plaintiff,

v.

TELECRAFTER SERVICES, LLC,

Defendant(s).

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's Unopposed Motion for Entry of Stipulated Protective Order [Docket No. 15; Filed June 18, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated: June 19, 2008